AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
IN CLERKS OFFICE

2005 FEB -4  P 2: 52

U.S. DISTRICT COURT
DISTRICT OF MASS

DANIEL P. SHEEHAN

V.

**SUMMONS IN A CIVIL ACTION**

TOWN OF HUDSON;
DAVID FRENCH, individually
and in his capacity as Lieutenant in the Hudson Police
Department; RICHARD BRAGA, individually
and in his capacity as Chief of the Hudson Police
Department; DAVID STEPHENS, individually
and in his capacity as Captain of the Hudson Police Department

CASE NUMBER:

04-12206-RGS

TO: (Name and address of Defendant)

David Stephens, 19 Stratton Drive, Hudson, MA 01749

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter J. Perroni, Esquire, Nolan/Perroni, LLP, 133 Merrimack Street, Lowell, MA 01852

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

21 JAN

DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                Date              Signature of Server

_____
       Address of Server

---

**Middlesex Sheriff's Office • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110**

Middlesex, ss.                                          January 25, 2005

I hereby certify and return that on 1/20/2005 at 1:30PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of DAVID STEPHENS, , 19 STRATTON Drive HUDSON, MA 01749 and by mailing 1st class to the above address on 1/21/2005.  Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($4.50), Postage and Handling ($3.00), Travel ($10.88) Total Charges $48.38

*Ron Hanson*
_____
Deputy Sheriff