AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
IN CLERKS OFFICE

2005 FEB -3 P 12: 34

U.S. DISTRICT COURT
DISTRICT OF MASS

DANIEL P. SHEEHAN

V.

TOWN OF HUDSON;
DAVID FRENCH, individually
and in his capacity as Lieutenant in the Hudson Police
Department; RICHARD BRAGA, individually
and in his capacity as Chief of the Hudson Police
Department; DAVID STEPHENS, individually
and in his capacity as Captain of the Hudson Police Department

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 CV 12206 RGS

TO: (Name and address of Defendant)

David French, 22 Belleview Street, Marlborough, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter J. Perroni, Esquire, Nolan/Perroni, LLP, 133 Merrimack Street, Lowell, MA 01852

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*

January 25, 2005

I hereby certify and return that on 1/20/2005 at 12:35PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of DAVID FRENCH, , 22 BELLEVIEW Street MARLBORO, MA 01752 and by mailing 1st class to the above address on 1/21/2005. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($3.60), Postage and Handling ($3.00), Travel ($10.88) Total Charges $47.48

Ron Hanson
                                                                       Deputy Sheriff

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                        Date                              Signature of Server

                                                   _____
                                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.