UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.: 04CV12206 RGS

| | |
|---|---|
| DANIEL SHEEHAN<br>    PLAINTIFF,<br>V.<br><br>TOWN OF HUDSON;<br>DAVID FRENCH, individually and in his<br>capacity as Lieutenant in the Hudson Police<br>Department; RICHARD BRAGA, individually<br>and in his capacity as Chief of the Hudson Police<br>Department; DAVID STEPHENS, individually and<br>in his capacity as Captain of the Hudson Police<br>Department,<br>    DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## WAIVER OF SERVICE OF PROCESS

FOR EXECUTION BY:
DANIEL SKRIP ESQ.
PIERCE, DAVIS AND PERRITANO, LLP
TEN WINTHROP SQUARE
BOSTON, MA 02110

ON BEHALF OF THE TOWN OF HUDSON,

    I acknowledge receipt of your request that I waive service of a summons in the above-captioned action in the United States District Court for the District of Massachusetts. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.
    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that THE TOWN OF HUDSON, be served with judicial process in the manner provided by Rule 4.
    THE TOWN OF HUDSON, will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.
    I understand that a judgment may be entered against THE TOWN OF HUDSON if an answer or motion under Rule 12 is not served upon you within 60 days after _March 19, 2005_, or within 90 days after that date if the request was sent outside the United States.

_____
Daniel G. Skrip, BBO #629784
**PIERCE, DAVIS & PERRITANO, LLP**
Ten Winthrop Square
Boston, MA 02110-1257
(617) 350-0950

Dated:   January 18, 2005