UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL P. SHEEHAN,<br>    Plaintiff<br><br>v.<br><br>TOWN OF HUDSON, DAVID FRENCH, individually and in his capacity as Lieutenant in the Hudson Police Department; RICHARD BRAGA, individually and in his capacity as Chief of the Hudson Police Department; DAVID STEPHENS, individually and in his capacity as Captain of the Hudson Police Department,<br>    Defendants | CIVIL ACTION NO. 2004-12206 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice, without costs as to any party, and waiving all rights of appeal.

| | |
|---|---|
| **DANIEL P. SHEEHAN,** | **TOWN OF HUDSON AND RICHARD BRAGA, JR.** |
| By his attorney, | By their attorney, |
| /s/ Peter J. Perroni | /s/ Daniel G. Skrip |
| Peter J. Perroni, BBO #634716 | Daniel G. Skrip, BBO#629784 |
| Nolan Perroni Harrington, LLP | Pierce, Davis & Perritano, LLP |
| 133 Merrimack Street | 10 Winthrop Square |
| Lowell, MA 01852 | Boston, MA 02110-1257 |
| Phone: (978) 454-3800 | Phone: (617) 350-0950 |
| Fax: (978) 454-2767 | Fax: (617) 350-7760 |

**DAVID STEPHENS AND DAVID FRENCH,**

By their attorney,

/s/ James W. Simpson
James W. Simpson, Jr., BBO #634344
Merrick Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
Phone: (617) 439-0305
Fax: (617) 439-0325


Dated: May 15, 2007


## CERTIFICATE OF SERVICE

I, Peter J. Perroni, Esq., hereby certify that I have this day served copies of the foregoing document via first class mail, postage prepaid to Daniel G. Skrip, Esq., Pierce, Davis & Perritano, LLP, 10 Winthrop Square, Boston, Massachusetts 02110-1257; and James W. Simpson, Jr., Esq., Merrick Louison & Costello, LLP, 67 Batterymarch Street, Boston, MA, 02110.


/s/ Peter J. Perroni
Peter J. Perroni, Esquire

Dated: May 15, 2007